ACCEPTED
03-15-00703-CR
11134052
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/14/2016 12:59:08 PM
JEFFREY D. KYLE
CLERK

**IN THE**

**COURT OF APPEALS**

**THIRD SUPREME JUDICIAL DISTRICT**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/14/2016 12:59:08 PM
JEFFREY D. KYLE
Clerk

**OF TEXAS**

**TRIAL COURT NO. CR-13-0465**

**DOCKET NOS. 03-15-00703-CR**

**THE STATE OF TEXAS**

**VS.**

**MIGUEL HIDROGO CARDIEL**

_____

**ON APPEAL FROM THE**

**22TH JUDICIAL DISTRICT COURT**

**OF HAYS COUNTY, TEXAS**

_____

**MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

To The Honorable Judges of The Court of Appeals:

Appellant in the above styled and numbered causes by and through his attorney, makes this Motion For Extension of Time to File Appellant's Brief, pursuant to the Texas Rules of Appellate Procedure and as grounds therefore would show the Court:

## I.

This cause was heard in the 22nd Judicial District Court of Hays County, Texas.

## II.

The Trial Court cause number and style are as indicated above.

## III.

Appellant was convicted of the offense of Driving While Intoxicated 3d offense.

## IV.

Appellant was assessed a punishments of 2 years confinement in the TDCJ probated for a period of eight years.

## V.

The Court has granted one previous extension to file Appellant's brief.

## VI.

The length of time requested for the extension is until June 30, 2016.

## VII.

Good cause for the requested extension exists because undersigned counsel is currently preparing for three felony jury trials and two capital murder cases in Bexar County. Counsel was also in trial in Comal county in an aggravated sexual assault case during the week of May16. These cases all required significant preparation.

For this reason counsel has been unable to prepare a brief herein in the time allotted.

## **PRAYER**

Wherefore, Appellant by and through his attorney of record, prays that the Court will grant this motion and extend the time for filing Appellant's Brief until June 30, 2016.

Respectfully Submitted,

/s/C. Wayne Huff_____
C. Wayne Huff
P.O. Box 2334
Boerne, Texas 78006
Bar Card No. 10180600
(210) 488-4440
Facsimile (830) 230-5567

ATTORNEY FOR APPELLANT

## **CERTIFICATE OF SERVICE**

The undersigned attorney of record of Appellant hereby certifies that a true and correct copy of the foregoing motion was served upon the District Attorney for Hays county, on June 14, 2016.

/s/C. Wayne Huff_____
C. WAYNE HUFF

**MOTION TO EXTEND TIME TO FILE BRIEF-PAGE 3**